IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKIE BROWN,** | : | |
| Petitioner | : | No. 1:23-cv-01196 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN OF FCC-ALLENWOOD MEDIUM,** | : : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 17th day of October, 2023, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania